

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 PHONE (516) 334-4500 FAX (516) 334-4501 WWW.SOKOLOFFSTERN.COM

CHELSEA WEISBORD
CWEISBORD@SOKOLOFFSTERN.COM

April 10, 2025

**Via ECF**
Honorable Lee G. Dunst
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Wantagh U.F.S.D. and Wyandanch U.F.S.D., et al., v. New York State Board of Regents, et al.*
           Docket No. 23-CV-07299 (MKB) (LGD)
           File No. 230101

Your Honor:

    We represent the plaintiffs in the above-referenced matter and write to respond to the Court's April 9, 2025 Order. The parties are available on April 22, 2025 for an in-person settlement conference.

    Thank you for your consideration of this matter.

                                                      Respectfully submitted,

                                                      SOKOLOFF STERN LLP

                                                      *Chelsea Weisbord*

                                                      STEVEN C. STERN
                                                      CHELSEA WEISBORD

cc:    All Counsel of Record (by ECF)